IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO LOBO FILHO, | No. C-11-6579 TEH (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| SAN FRANCISCO CITY & COUNTY, et al., | |
| Defendants. | |

Plaintiff Roberto Lobo Filho, a prisoner presently incarcerated at San Francisco Jail, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging that between August and November of 2011, (1) Defendants were deliberately indifferent to his safety by housing him with heterosexual inmates who beat Plaintiff multiple times because of Plaintiff's sexual orientation, and (2) Defendants violated his rights under Title II of the Americans with Disabilities Act of 1990, 42 U.S.C.§ 12101 et seq. ("ADA").  The Court found that, liberally construed, the Complaint appeared to state a section 1983 claim for deliberate indifference to his safety, though it did not state a claim for violation of the

ADA. Doc. #2.  However, Plaintiff failed to set forth specific facts as to how each individual defendant proximately caused the deprivation of a federally-protected right.  The Court therefore per order filed on April 12, 2012, afforded Plaintiff thirty days to amend his Complaint to allege facts identifying how each defendant proximately caused the alleged deprivation.  <u>Id</u>.  Plaintiff was advised that failure to file a proper Amended Complaint within the designated time would result in dismissal of the action.  <u>Id</u>.

     Over forty days have elapsed since Plaintiff was ordered to file an Amended Complaint.  Plaintiff, however, has failed to file an Amended Complaint or seek an extension of time to do so.  Accordingly, the action is DISMISSED without prejudice.

     The clerk shall close the file and terminate all pending motions as moot.

     IT IS SO ORDERED.

DATED     _05/24/2012_     /s/ Thelton E. Henderson
                                                   THELTON E. HENDERSON
                                                 United States District Judge

G:\PRO-SE\TEH\CR.11\Filho-11-6579-dismissal.wpd

**2**